## File Hashes for IP Address 96.241.203.88

**ISP:** Verizon Online, LLC
**Physical Location:** Manassas, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/08/2015 01:46:01 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EVA299

EXHIBIT A